IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| GENE EDWARD HOWLAND | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-02-565 |
| | § | |
| DOUG DRETKE, DIRECTOR | § | |
| OF TDCJ-CID | § | |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Opinion and Order issued on the same date herewith, the above-styled action is hereby **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 15th day of September, 2005.

_____
Samuel B. Kent
United States District Judge